| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gregory, Roger L. | 2. Court or Organization<br><br>US Court of Appeals - 4th Cir. | 3. Date of Report<br><br>08/03/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>1000 East Main Street<br>Suite 212<br>Richmond, VA 23219-3517 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | University of Richmond |
| 2. | Trustee | John Marshall Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 08/03/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Survivor Income Pension - Altria Group, Inc. | $79,061.30 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. September | Rockwell Automation - Pension Benefits |
| 2. 2016 | Kelly Services, Inc. - Wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Int'l Undergraduate Summit Luncheon | 1/22/2016 to 1/24/2016 | Atlanta, GA | Keynote Speaker | Travel & Lodging |
| 2. | NBA-CLS 29th Annual Corporate Counsel Conference | 2/18/2016 to 2/22/2016 | Scottsdale, AZ | Judicial Forum | Travel, Lodging, & Meals |
| 3. | Old Dominion Bar Assoc. | 6/4/2016 to 6/4/2016 | Virginia Beach, VA | Keynote Speaker | Lodging |
| 4. | Just the Beginning Foundation | 9/15/2016 to 9/18/2016 | New York, NY | National Conference | Lodging & Meals |
| 5. | Eighth Annual Maryland Fellows Reception | 10/7/2016 to 10/7/2016 | Baltimore, MD | Keynote Speaker | Lodging & Mileage |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gregory, Roger L. | 08/03/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American University Washington College of Law | 10/20/2016 to 10/22/2016 | Washington, DC | Jurist-in-Residence | Lodging, Meals, & Mileage |
| 7. | Chi Gamma Gamma Achievement Week Banquet | 11/11/2016 to 11/13/2016 | Atlanta, GA | Keynote Speaker | Lodging & Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 08/03/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Financial National Bank | Credit card | J |
| 2. | Direct Loan - U.S. Dep't of Education | Student Loan | K |
| 3. | SLM Corp. - Sallie Mae - U.S. Dep't Education | Student Loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Interest Checking | A | Interest | J | T | | | | | |
| 2. Prudential Insurance Variable Annuity | | | | | | | | | See Part VIII explanation |
| 3. Prudential Jennison | | None | J | T | | | | | |
| 4. Prudential Flexible Managed | C | Dividend | L | T | | | | | |
| 5. Prudential High Yield Bond | C | Dividend | K | T | | | | | |
| 6. ManuLife Financial - Common Stock | B | Dividend | K | T | | | | | |
| 7. New York Life IRA - Fixed Annuity | A | Interest | J | T | | | | | |
| 8. RiverSource Life Insurance Company IRA Fixed | A | Interest | K | T | | | | | |
| 9. Consolidated Bank & Trust/Premier Bank | A | Interest | K | T | | | | | |
| 10. John Hancock Life Ins. - term & whole life policy | B | Dividend | L | T | | | | | |
| 11. New York Life Ins. Co. - term & whole life policy | B | Interest | J | T | | | | | |
| 12. Intel Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 13. Call Federal Credit Union | | None | J | T | | | | | |
| 14. Metropolitan Life Control Accout | A | Interest | | | Closed | 05/06/16 | J | | |
| 15. SunTrust Money Market Account | A | Interest | J | T | | | | | |
| 16. John Hancock Safe Access Account | A | Interest | | | Closed | 12/15/16 | J | | |
| 17. Altria Group, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 12

**Name of Person Reporting**

Gregory, Roger L.

**Date of Report**

08/03/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Philip Morris Int'l, Inc. | A | Dividend | J | T | | | | | |
| 19.  Fidelity Mgmt. Trust Co. - IRA | | | | | | | | | See Part VIII. Explanation |
| 20.  Fidelity Gov't Money Mkt. | A | Dividend | J | T | | | | | |
| 21.  Strategic Advisers Core Fund | C | Dividend | L | T | Buy (add'l) | 02/18/16 | J | | Stock Market |
| 22. | | | | | Sold (part) | 03/07/16 | J | | Stock Market |
| 23. | | | | | Sold (part) | 04/07/16 | J | | Stock Market |
| 24. | | | | | Sold (part) | 05/20/16 | J | | Stock Market |
| 25. | | | | | Sold (part) | 07/22/16 | J | | Stock Market |
| 26. | | | | | Buy (add'l) | 10/06/16 | J | | Stock Market |
| 27.  Strategic Advisers Growth Fund | C | Dividend | K | T | Sold (part) | 03/07/16 | J | | Stock Market |
| 28. | | | | | Sold (part) | 04/07/16 | J | | Stock Market |
| 29. | | | | | Sold (part) | 07/22/16 | J | | Stock Market |
| 30. | | | | | Buy (add'l) | 12/02/16 | J | | Stock Market |
| 31.  Strategic Advisers Value Fund | B | Dividend | K | T | Sold (part) | 02/23/16 | J | | Stock Market |
| 32. | | | | | Sold (part) | 03/18/16 | J | | Stock Market |
| 33. | | | | | Sold (part) | 07/22/16 | J | | Stock Market |
| 34. | | | | | Sold (part) | 12/02/16 | J | | Stock Market |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Strategic Advisers Emerging Markets | A | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | Stock Market |
| 36. | | | | | Sold (part) | 02/18/16 | J | | Stock Market |
| 37. | | | | | Sold (part) | 04/07/16 | J | | Stock Market |
| 38. | | | | | Sold (part) | 11/02/16 | J | | Stock Market |
| 39. | | | | | Buy (add'l) | 12/02/16 | J | | Stock Market |
| 40. Strategic Advisers Small-Mid Cap Fund | A | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | Stock Market |
| 41. | | | | | Sold (part) | 04/07/16 | J | | Stock Market |
| 42. | | | | | Sold (part) | 07/22/16 | J | | Stock Market |
| 43. Strategic Advisers International Fund | B | Dividend | L | T | Buy (add'l) | 01/12/16 | J | | Stock Market |
| 44. | | | | | Buy (add'l) | 02/18/16 | J | | Stock Market |
| 45. | | | | | Sold (part) | 03/07/16 | J | | Stock Market |
| 46. | | | | | Buy (add'l) | 04/07/16 | J | | Stock Market |
| 47. | | | | | Sold (part) | 05/20/16 | J | | Stock Market |
| 48. | | | | | Buy (add'l) | 07/22/16 | J | | Stock Market |
| 49. | | | | | Sold (part) | 09/09/16 | J | | Stock Market |
| 50. | | | | | Sold (part) | 11/02/16 | J | | Stock Market |
| 51. | | | | | Sold (part) | 12/02/16 | J | | Stock Market |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FIMM MMKT PORT INST | A | Dividend | | | Buy (add'l) | 01/12/16 | J | | Stock Market |
| 53. | | | | | Sold | 02/18/16 | J | | Stock Market |
| 54. Arden Alternative Strategies Class I | | None | | | Sold (part) | 03/07/16 | J | A | Stock Market |
| 55. | | | | | Sold | 03/31/16 | J | | Stock Market |
| 56. Blackstone Alternative Multi Manager I | A | Dividend | | | Sold (part) | 03/07/16 | J | | Stock Market |
| 57. | | | | | Sold (part) | 04/07/16 | J | | Stock Market |
| 58. | | | | | Sold | 05/24/16 | J | A | Stock Market |
| 59. Fidelity Total Bond | | | | | | | | | See Part VIII. Explanation |
| 60. Fidelity Short Term Bond | A | Dividend | | | Sold | 09/09/16 | J | A | Stock Market |
| 61. Strategic Advisers Short Duration Fund | A | Dividend | K | T | Sold (part) | 01/12/16 | J | | Stock Market |
| 62. | | | | | Buy (add'l) | 07/22/16 | J | | Stock Market |
| 63. | | | | | Buy (add'l) | 09/09/16 | J | | Stock Market |
| 64. | | | | | Buy (add'l) | 09/12/16 | J | | Stock Market |
| 65. | | | | | Buy (add'l) | 10/06/16 | J | | Stock Market |
| 66. | | | | | Buy (add'l) | 11/02/16 | J | | Stock Market |
| 67. Strategic Advisers Income Opportunities | A | Dividend | J | T | Sold (part) | 07/22/16 | J | | Stock Market |
| 68. | | | | | Sold (part) | 10/06/16 | J | | Stock Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Strategic Advisers Core Income Fund | B | Dividend | L | T | Sold (part) | 01/12/16 | J | | Stock Market |
| 70. | | | | | Sold (part) | 02/18/16 | J | | Stock Market |
| 71. | | | | | Buy (add'l) | 03/07/16 | J | | Stock Market |
| 72. | | | | | Buy (add'l) | 07/22/16 | J | | Stock Market |
| 73. | | | | | Buy (add'l) | 09/09/16 | J | | Stock Market |
| 74. Templeton Global Bond Class A | A | Dividend | J | T | Sold (part) | 07/22/16 | J | | Stock Market |
| 75. | | | | | Sold (part) | 11/02/16 | J | | Stock Market |
| 76. Fidelity SAI U.S. Large Cap Index | A | Dividend | J | T | Buy | 07/22/16 | J | | Stock Market |
| 77. | | | | | Sold (part) | 11/02/16 | J | | Stock Market |
| 78. Fidelity SAI International Index | A | Dividend | J | T | Buy | 03/07/16 | J | | Stock Market |
| 79. Fidelity SAI Emerg Markets Index | A | Dividend | J | T | Buy | 05/20/16 | J | | Stock Market |
| 80. | | | | | Buy (add'l) | 09/09/16 | J | | Stock Market |
| 81. | | | | | Buy (add'l) | 11/02/16 | J | | Stock Market |
| 82. AQR Managed Futures Fund CL N | A | Dividend | J | T | Buy | 05/20/16 | J | | Stock Market |
| 83. | | | | | Buy (add'l) | 07/22/16 | J | | Stock Market |
| 84. FIMM Government Portfolio: Instl CL | A | Dividend | J | T | Buy | 02/18/16 | J | | Stock Market |
| 85. | | | | | Buy (add'l) | 02/19/16 | J | | Stock Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 03/07/16 | J | | Stock Market |
| 87. | | | | | Buy (add'l) | 04/07/16 | J | | Stock Market |
| 88. | | | | | Sold (part) | 05/20/16 | J | | Stock Market |
| 89. | | | | | Sold (part) | 05/24/16 | J | | Stock Market |
| 90. | | | | | Buy (add'l) | 05/26/16 | J | | Stock Market |
| 91. | | | | | Sold (part) | 08/16/16 | J | | Stock Market |
| 92. | | | | | Buy (add'l) | 09/09/16 | J | | Stock Market |
| 93. | | | | | Sold (part) | 12/28/16 | J | | Stock Market |
| 94. Eaton Vance GL Macro Absolute Rtrn ADV I | A | Dividend | J | T | Buy | 05/20/16 | J | | Stock Market |
| 95. PIMCO Commodity Real Return Inst | A | Dividend | J | T | Buy | 03/18/16 | J | | Stock Market |
| 96. | | | | | Buy (add'l) | 04/07/16 | J | | Stock Market |
| 97. | | | | | Buy (add'l) | 05/20/16 | J | | Stock Market |
| 98. | | | | | Buy (add'l) | 09/09/16 | J | | Stock Market |
| 99. | | | | | Sold (part) | 11/02/16 | J | A | Stock Market |
| 100. Fidelity Deferred Annuity Account | A | Dividend | M | T | | | | | |
| 101. Fidelity Rollover IRA "Cash Account" See Part VIII explanation | A | Interest | M | T | Open | 10/31/16 | M | | IRA Rollover Funds |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Line 2: Prudential Insurance Variable Annuity. No information is reported on Line 2 because I report all income and values for the sub-Funds of the Prudential Insurance Variable Annuity on Lines 3 through 5.

Line 19: Fidelity Management Trust Co. - IRA. No information is reported on Line 19 because I report all transactions, income, and values related to stocks, mutual funds, bonds, and the deferred annuity account managed by Fidelity Management Trust Company on Lines 20 through 100.

Line 59: Fidelity Total Bond. No information is reported on Line 59 because I report all transactions, income, and values related to the Bond accounts under Fidelity Total Bond on Lines 60 through 75.

Line 101: Fidelity Rollover IRA. These funds are held in a cash account called "FDIC Insured Deposit at US Bank IRA Not Covered By SIPC". The cash account earns interest only as reported in Section VII, Columns B (1) and (2). There were no transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger L. Gregory**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544